No. 247, Misc. GREGORY v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *William I. Siegel* for respondent.

No. 248, Misc. MALLORY v. MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se*. *John M. Dalton,* Attorney General of Missouri, for respondent.

No. 256, Misc. BYRNES v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 268, Misc. RYAN v. BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se*. *Martin H. Lock* for respondent.

No. 271, Misc. JACKSON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 281, Misc. WASHINGTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 304, Misc. CAMPBELL v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 18, Misc. REICKAUER v. SMYTH, PENITENTIARY SUPERINTENDENT. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia and other relief denied. Petitioner *pro se*. *Kenneth C. Patty,* First Assistant Attorney General of Virginia, for respondent.